IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE RANDALL WILSON,

    Petitioner,                 No. 2: 10-cv-3462 MCE TJB

    vs.

McDONALD, Warden,

    Respondent.             <u>ORDER</u>

_____/

         Petitioner, a state prisoner proceeding through counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

         On June 21, 2012, the magistrate judge filed findings and recommendations (ECF No. 23) which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Petitioner has filed objections to the findings and recommendations. Respondent did not file a reply to the objections.

///

///

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, including the objections, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1. The findings and recommendations filed June 21, 2012 are ADOPTED IN FULL;

   2. The petition for writ of habeas corpus is DENIED;

   3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

   4. The Clerk of the Court is directed to close this case.

Dated:  August 21, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE